FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 5 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00379 BnB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DAVID K. JENNER, and
MICHAEL O. BACKUS,

    Plaintiffs,

v.

ARI ZAVARAS, Executive Director, C.D.O.C.,
WARDEN STEVE HARTLEY, L.C.F.,
ASSOCIATE WARDEN TRAVIS TRANI, L.C.F.,
MAJOR RANDY LIND, L.C.F., and
CASE MANAGER ANTON EVANS, L.C.F.,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Plaintiffs have submitted a Prisoner Complaint, a Demand for Jury Trial, and a Motion for Assistance With Service Via Waiver of Service. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff David K. Jenner also has tendered the $350.00 filing fee. Therefore, the clerk of the court will be directed to mail to Mr. Jenner, together with a copy of this order, a receipt for full payment of the filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Jenner, together

with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that the Motion for Assistance With Service Via Waiver of Service is denied as premature. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 21st day of February, 2008.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 0 0 3 7 9**

David K. Jenner
Reg. No. 92839
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

Michael O. Backus
Reg. No. 86529
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/25/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk