IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00379-WYD-BNB

DAVID K. JENNER, and
MICHAEL O. BACKUS,

    Plaintiffs,

v.

ARI ZAVARAS, Executive Director, C.D.O.C.,
WARDEN STEVE HARTLEY, L.C.F.,
ASSOCIATE WARDEN TRAVIS TRAIN, L.C.F.,
MAJOR RANDY LIND, L.C.F., and
CASE MANAGER ANTON EVANS, L.C.F.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 8 2008

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 13th day of March, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00379-WYD-BNB

David K. Jenner
Prisoner No. 92839
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Michael O. Backus
Prisoner No. 86529
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Ari Zavaras, Steve Hartley,
Travis Trani, Randy Lind,
and Anton Evans - **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Scott Storey; and to John Suthers; COMPLAINT FILED 2/25/08, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/18/08 .

                                                                  GREGORY C. LANGHAM, CLERK

                                                                  By: _____
                                                                                 Deputy Clerk